UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 22-06115-AB (MAAx) | Date: | March 22, 2023 |
|---|---|---|---|

| Title: | GS Holistic, LLC v. Mr. Smoke Inc. et al |
|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR., United States District Judge |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order to Show Cause RE: Dismissal for Lack of Prosecution.

This Court issued an Order to Show Cause ("OSC") on February 2, 2023. (*See* Dkt. No. 23.) The February 2, 2023 OSC explained that "Plaintiff has not sought Default Judgment as to any of the Defendants in this matter[]" in contravention of this Court's December 21, 2022 Order. (*See id*.) Plaintiff filed a subsequent Motion for Default Judgment on February 10, 2023, (*see* Dkt. No. 25). The motion, however, did not include the required proof of service under Local Rule 55(b)(2). As a result, this Court (1) Discharged its February 2, 2023 OSC; and (2) Struck Plaintiff's Motion and ordered Plaintiff to file a Renewed Motion on or before March 10, 2023. (*See* Dkt. No. 27.) Plaintiff has not filed a Renewed Motion and the time to do so has now elapsed. Accordingly, Plaintiff is Ordered to Show Cause why this matter should not be dismissed for lack of prosecution and failure to comply with Court Orders on or before April 7, 2023. Failure to respond will be deemed consent to the dismissal of this action.

**IT IS SO ORDERED**.